UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DORIS SILVIA | ) | |
|     Plaintiff, | ) | |
| | ) | |
|     v. | ) | |
| | ) | COMPLAINT |
| NORWEGIAN CRUISE LINE | ) | C.A. NO: |
|     Defendant. | ) | |

## **INTRODUCTION**

1. This is an action involving the diversity of citizenship of the parties as more fully described below and for the damages in excess of $75,000, exclusive of interest, costs, and attorney's fees; accordingly, this case falls within the jurisdiction of the Court pursuant to 28 U.S.C. §1332.

2. Alternatively, this case falls with the admiralty jurisdiction of this Court pursuant to 28 U.S.C. §§ 1331 and 1333.

3. At all relevant times, the Defendant is subject to Massachusetts Long Arm Statute, M.G.L. c. 223A § 3 (a), for conducting business in this Commonwealth and contracting to provide cruise accommodations to persons located within this Commonwealth.

## **THE PARTIES**

4. The Plaintiff, Doris Silvia is an individual residing at 229 South Walker St, Taunton, MA 02780.

5. The Defendant, Norwegian Cruise Line is a corporation with a primary place of business located at 7665 Corporate Center Drive, Miami, FL 33126.

6. Norwegian Cruise line at all relevant times conducted business in Massachusetts.

7. At all times material, the Defendant, Norwegian Cruise Line, owned, managed, chartered, and/or operated the cruise vessel M/V NORWEGIAN GEM (the "vessel").

## FACTUAL ALLEGATIONS

8. On or about June 25, 2024, Ms. Silvia was in her room aboard the M/V NORWEGIAN GEM when she tripped and fell.

9. Before the incident, a Norwegian Cruise Line employee moved a table in her room. After the table was moved, Ms. Silvia struggled to find the light switch and her foot got caught on the recently-moved table.

10. There was no indication that the furniture in Ms. Silvia's room had been moved.

11. Due to Ms. Silvia's fall, she sustained a grade II sprain and Achilles Tendonitis.

12. On May 29, 2025, Ms. Silvia underwent surgery as result of the injuries sustained on the M/V NORWEGIAN GEM.

13. Ms. Silvia reported the incident to the Front Desk Manager and a security member.

## COUNT I
## GENERAL MARITIME LAW-NEGLIGENCE

14. Paragraphs 1-13 are reincorporated by reference.

15. At all times material hereto, the Defendant, Norwegian Cruise Line, owed a duty to the Plaintiff to exercise reasonable care under the circumstances for the Plaintiff's safety.

16. The Defendant breached its duty of care to the Plaintiff and was negligent by failing to keep its rooms for passenger use in a reasonably safe condition and by failing to warn the Plaintiff and fellow passengers of the dangerous and hazardous changes to the furniture layout. Further, the Defendant breached its duty to the Plaintiff in some or all of the following ways:

    a. By failing to keep its rooms for passenger use in a reasonably safe condition;

    b. By creating a dangerous condition;

    c. By failing to correct a dangerous condition;

    d. By maintaining a method of operation which was inherently dangerous and/or the particular operation which resulted in the Plaintiff's injury was conducted in a wrongful manner;

    e. Using ineffective and improper management systems that increased danger to others, including the Plaintiff; and

17. As a direct and proximate result of the Defendant's aforesaid negligence, the Plaintiff, Doris Silvia, has suffered, and continues to suffer, bodily injury and resulting pain and suffering, disability, mental anguish loss of capacity for the enjoyment of life, medical care, and treatment. The losses are either permanent or continuing in nature and the Plaintiff will continue to suffer the losses in the future.

<u>Request for Relief</u>

1. That this court enter in favor of the Plaintiff, Doris Silvia, against the Defendant, Norwegian Cruise Line.

2. For such other and further relief as this court deems appropriate.

**PLAINTIFF DEMANDS TRIAL BY JURY ON ALL COUNTS**

Respectfully submitted,
For the Plaintiff,
Doris Silvia,
By her attorney,

/s/ Brian Keane
Brian Keane, BBO #656717
Keane Law Group, P.C.
110 K Street, Suite 330
Boston, MA 02127
(617) 313-2900
bkeane@keanelawgroup.com